585 A.2d 363

STATE OF NEW JERSEY v. DANIEL VALASQUEZ.

September 4, 1990.

Petition for certification denied.

585 A.2d 363

STATE OF NEW JERSEY v. MARK C. HARVEY.

September 4, 1990.

Petition for certification denied.

585 A.2d 363

STATE OF NEW JERSEY v. FRED PARAMORE.

September 4, 1990.

Petition for certification denied.

585 A.2d 363

STATE OF NEW JERSEY v. VINCENT CAPUTO.

September 4, 1990.

Petition for certification denied.

585 A.2d 364

STATE OF NEW JERSEY v. EUGENE ANDERSON.

September 4, 1990.

Petition for certification denied.